```
1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8                                    * * *
9   KEVIN D. BLACK,                  )
       #1028519                      )
10                                   )
                                     )
11         Plaintiff,                )    2:10-cv-01818-JCM-RJJ
                                     )
12  vs.                              )
                                     )    ORDER
13  STATE OF NEVADA, et al.,         )
                                     )
14                                   )
           Defendants.               )
15  _____/
```

On October 19, 2010, the court received a handwritten document from plaintiff entitled petition for injunctive relief (docket #1). Such document is insufficient to initiate a civil rights action in this court. First, a motion for a preliminary injunction must also be accompanied by a civil rights complaint. Second, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all applications to proceed *in forma pauperis* and complaints or petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed complaint along with the application to proceed *in forma pauperis* on the form provided by this court, if he is unable to pay the filing fee.

1
2
3
4   Plaintiff's failure to do so may result in the immediate dismissal of the entire action.
5            DATED this  26th  day of October, 2010.
6
7
8                                              _____
                                               ROBERT J. JOHNSTON
9                                              United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                     - 2 -
28