UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN D. BLACK,<br>    #1028519 | )<br>)<br>) | |
|     Plaintiff, | )<br>) | 2:10-cv-01818-JCM-RJJ |
| vs. | )<br>) | **ORDER** |
| STATE OF NEVADA, *et al.*, | )<br>) | |
|     Defendants. | ) | |

On October 19, 2010, the court received a handwritten document from plaintiff entitled petition for injunctive relief (docket #1). On October 26, 2010, the court issued an order advising plaintiff that such document was insufficient to initiate a civil rights action in this court and directing plaintiff to file a complaint on the court-approved forms and submit either the filing fee or an application to proceed *in forma pauperis* on the required form (docket #2). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to file a complaint and application to proceed *in forma pauperis* on the court-approved forms.

**IT IS FURTHER ORDERED** that plaintiff's petition for injunctive relief (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE